1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4  Fax: (916) 447-2988
   hhgable@pacbell.net
5
   Attorney for Defendant
6  ANTHONY GIARRUSSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-mj-00125 GGH |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY SPECIAL CONDITION OF PRETRIAL RELEASE NO.5** |
| vs. | |
| **ANTHONY GIARRUSSO,** | |
| Defendant. | |

On May 17, 2012, defendant, Anthony Giarrusso, was ordered released on specified conditions pending trial by Magistrate Judge Kendall J. Newman.  Special Condition no. 5 provided that his travle be restricted to the Eastern and Nrthern Disttricts of California without the prior consent of the pretrial services officer.

Mr. Giarrusso has made arrangements to reside with and be employed by his brother in the Los Angeles area.  This arrangment has been approved by Superviory Pretrial Services Officer Beth Baker and Asst. U.S. Attorney Michael D. Anderson, who is representing the Government in this matter, has no objection to this request.

Accordingly, IT IS HEREBY STIPULATED between the parties hereto that Special Condition of Release no. 5 is hereby modified to read as follows:

1

Your travel is restricted to the Eastern, Northern, and Central Districts of California without the prior consent of the pretrial services officer.

All other conditions of the pretrial release order are to remain in full force and effect.

Dated:  May 21, 2012  
                                        BENJAMIN B. WAGNER  
                                      United States Attorney

By:   /s/Michael D. Anderson  
      MICHAEL D. ANDERSON  
      Assistant U.S. Attorney

Dated: May 21, 2012

   /s/Hayes H. Gable, III  
HAYES H. GABLE, III  
Attorney for Defendant  
ANTHONY GIARRUSSO

**ORDER**

GOOD CAUSE APPEARING, the foregoing Stipulation of the parties is hereby adopted.

Dated:  May 22, 2012.

_/s/ Edmund F. Brennan_  
EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE

2