**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
JASON SIEGFRIED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12–cr-00198-MCE |
| PLAINTIFF, | ) | AGREEMENT AND STIPULATION OF THE PARTIES TO CONTINUE THE STATUS CONFERENCE TO THURSDAY, SEPTEMBER 6, 2012 WITH TIME EXCLUDED UNDER THE SPEEDY TRIAL ACT; ORDER THEREON |
| v. | ) | |
| STEVEN ORTEGA, SR., et al., | ) | |
| DEFENDANTS. | ) | |
| _____ | ) | |

The parties to this litigation, the United States of America, represented by Assistant United States Attorney, Michael D. Anderson, and for the defendants: 1- Matthew M. Scoble representing Steven Ortega, Sr.; 2- Michael L. Chastaine representing Steven Ortega, Jr.; 3- Shari Rusk representing Marla Ortega; 4- Dina L. Santos representing Matt Ortega; 6- Hayes H. Gable, III, representing Anthony Giarrusso; 7- Bruce Locke representing Jay Dupee; 8- William E. Bonham representing Brock Enrico; 9- Michael B. Bigelow representing Todd Becerra; 10- Robert M. Holley representing Steven Adgate; 11- Danny D. Brace, Jr. representing Bryan Swiers; 12- Clemente M. Jimenez representing Kyle Schmidt; 14- Gregory W.

1

1  Fox representing Charles Erickson; 15- Olaf W. Hedberg representing Travis Olibas;
2  16- David D. Fischer representing Jake Westerman; 17- Scott N. Cameron
3  representing Justin McMillian; 18- Christopher R. Cosca representing Shawn
4  Thompson; 19- Carl E. Larson representing Frederick Laurens; 21- Darryl A.
5  Stallworth representing Richard Serrell; 22- Robert J. Saria representing Kevin
6  Kuester; 23- Russell S. Humphrey representing Derek Winters; 24- Clyde M.
7  Blackmon representing Richard Reynolds; 25- Eric D. Shevin representing Nickolas
8  Perry; 26- Scott A. Sugarman representing Joseph Mirante; 27- James A. Bustamante
9  representing Kevin Kirkpatrick; 28- Philip A. Schnayerson representing Reginald
10 Bell; 29- Michael E. Hansen representing Michael Kelly; 30- Jesse J. Garcia
11 representing Joseph Figlia; 32- Omar Figueroa representing Nicholas Ojeda and 20-
12 James R. Greiner representing Jason Siegfried, hereby agree and stipulate to the
13 following:

15    The parties agree and stipulate that time can be excluded by the Court under
16 the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., from Thursday, June 21,
17 2012, to through and including Thursday, September 6, 2012, pursuant to Title 18
18 U.S.C. section 3161(h)(7)(A), 3161(h)(7)(B)(ii) which corresponds to Local Code T-
19 2 (complex) and 3161(h)(7)(B)(iv) which corresponds to Local Code T-4 (attorney
20 preparation time), in that the ends of justice served by continuing the case from June
21 21, 2012 to thru and including September 6, 2012, outweigh the best interest of the
22 public and each defendant in a speedy trial based upon the facts of this case:
23    1- the case is so unusual or so complex due to the number of defendants,
24    to date being twenty-nine (29); the nature of the prosecution dealing with
25    at least six (6) Title III wire intercepts with the relevant discovery going
26    along with each wire intercept with the potential existence of novel
27    questions of law, and all of the search warrants executed in this case

2

1   and

2   2- with this case taken as a whole based on the amount of discovery

3   forthcoming from the government regarding at least six (6) Title III wire

4   intercepts with the relevant discovery going along with each wire

5   intercept; the reports in the case; and all of the search warrants that were

6   executed in this case, counsel needs time necessary for effective

7   preparation taking into account the exercise of due diligence.

8   It is so agreed and stipulated to.

9   Each attorney has granted James R. Greiner full authority to sign for each

10  individual attorney.

11

12  Respectfully submitted:

13                              BENJAMIN B. WAGNER
                                UNITED STATES ATTORNEY
14  DATED: 6-11-12              /s/ Michael D. Anderson
15                              _____
                                Michael D. Anderson
16                              ASSISTANT UNITED STATES ATTORNEY
                                ATTORNEY FOR THE PLAINTIFF
17  DATED: 6-11-12
                                /s/ Matthew M. Scoble
18                              _____
                                Matthew M. Scoble
19                              Attorney for Defendant
                                1- Steven Ortega, Sr.
20
    DATED: 6-11-12              /s/ Michael L. Chastaine
21                              _____
                                Michael L. Chastaine
22                              Attorney for Defendant
                                2- Steven Ortega, Jr.
23
    DATED: 6-11-12              /s/ Shari Rusk
24                              _____
                                Shari Rusk
25                              Attorney for Defendant
                                3- Maria Ortega
26
    DATED: 6-11-12              /s/ Dina L. Santos
27                              _____

28
                                         3

| | | |
|---|---|---|
| 1 | | Dina L. Santos |
| | | Attorney for Defendant |
| 2 | | 4- Matt Ortega |
| 3 | DATED: 6-11-12 | /s/ Hayes H. Gable, III |
| 4 | | _____ |
| | | Hayes H. Gable, III |
| | | Attorney for Defendant |
| 5 | | 6- Anthony Giarrusso |
| 6 | DATED: 6-11-12 | /s/ Bruce Locke |
| 7 | | _____ |
| | | Bruce Locke |
| | | Attorney for Defendant |
| 8 | | 7- Jay Dupee |
| 9 | DATED: 6-11-12 | /s/ William E. Bonham |
| 10 | | _____ |
| | | William E. Bonham |
| | | Attorney for Defendant |
| 11 | | 8- Brock Enrico |
| 12 | DATED: 6-11-12 | /s/ Michael B. Bigelow |
| 13 | | _____ |
| | | Michael B. Bigelow |
| | | Attorney for Defendant |
| 14 | | 9- Todd Becerra |
| 15 | DATED: 6-11-12 | /s/ Robert M. Holley |
| 16 | | _____ |
| | | Robert M. Holley |
| | | Attorney for Defendant |
| 17 | | 10- Steven Adgate |
| 18 | DATED: 6-11-12 | /s/ Danny D. Brace, Jr. |
| 19 | | _____ |
| | | Danny D. Brace, Jr. |
| | | Attorney for Defendant |
| 20 | | 11- Bryan Swiers |
| 21 | DATED: 6-11-12 | /s/ Clemente M. Jimenez |
| 22 | | _____ |
| | | Clemente M. Jimenez |
| | | Attorney for Defendant |
| 23 | | 12- Kyle Schmidt |
| 24 | DATED: 6-11-12 | /s/ Gregory W. Fox |
| 25 | | _____ |
| | | Gregory W. Fox |
| | | Attorney for Defendant |
| 26 | | 14- Charles Erickson |
| 27 | DATED: 6-11-12 | /s/ Olaf W. Hedberg |
| 28 | | 4 |

```
                                    _____
                                    Olaf W. Hedberg
                                    Attorney for Defendant
                                    15- Travis Olibas
```

DATED: 6-11-12                      /s/ David D. Fischer
```
                                    _____
                                    David D. Fischer
                                    Attorney for Defendant
                                    16- Jake Westerman
```

DATED: 6-11-12                      /s/ Scott N. Cameron
```
                                    _____
                                    Scott N. Cameron
                                    Attorney for Defendant
                                    17-Justin McMillian
```

DATED: 6-11-12                      /s/ Christopher R. Cosca
```
                                    _____
                                    Christopher R. Cosca
                                    Attorney for Defendant
                                    18- Shawn Thompson
```

DATED: 6-11-12                      /s/ Carl E. Larson
```
                                    _____
                                    Carl E. Larson
                                    Attorney for Defendant
                                    19- Frederick Laurens
```

DATED: 6-1-12                       /s/ Darryl A. Stallworth
```
                                    _____
                                    Darryl A. Stallworth
                                    Attorney for Defendant
                                    21- Richard Serrell
```

DATED: 6-11-12                      /s/ Robert J. Saria
```
                                    _____
                                    Robert J. Saria
                                    Attorney for Defendant
                                    22- Kevin Kuester
```

DATED: 6-11-12                      /s/ Russell S. Humphrey
```
                                    _____
                                    Russell S. Humphrey
                                    Attorney for Defendant
                                    23-Derek Winters
```

DATED: 6-11-12                      /s/ Clyde M. Blackmon
```
                                    _____
                                    Clyde M. Blackmon
                                    Attorney for Defendant
                                    24- Richard Reynolds
```

DATED: 6-11-12          /s/ Eric D. Shevin
                        _____
                        Eric D. Shevin
                        Attorney for Defendant
                        25- Nickolas Perry

DATED: 6-11-12          /s/ Scott A. Sugarman
                        _____
                        Scott A. Sugarman
                        Attorney for Defendant
                        26- Joseph Mirante

DATED: 6-11-12          /s/ James A. Bustamante
                        _____
                        James A. Bustamante
                        Attorney for Defendant
                        27- Kevin Kirkpatrick

DATED: 6-11-12          /s/ Philip A. Schnayerson
                        _____
                        Philip A. Schnayerson
                        Attorney for Defendant
                        28- Reginald Bell

DATED: 6-11-12          /s/ Michael E. Hansen
                        _____
                        Michael E. Hansen
                        Attorney for Defendant
                        29-Michael Kelly

DATED: 6-11-12          /s/ Jesse J. Garcia
                        _____
                        Jesse J. Garcia
                        Attorney for Defendant
                        30- Joseph Figlia

DATED: 6-11-12          /s/ Omar Figueroa
                        _____
                        Omar Figueroa
                        Attorney for Defendant
                        32- Nicholas Ojeda

DATED: 6-11-12          /s/ James R. Greiner
                        _____
                        James R. Greiner

6

Attorney for Defendant
20- Jason Siegfried

## ORDER

The Court, having received, read, and considered the agreement and stipulation of the parties to exclude time under the provisions of the Speedy Trial Act, having reviewed the record in this case and having reviewed the Docket in this case makes the following findings and Order:

This Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and each defendant in a speedy trial and that time under the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., can and will be excluded by the Court from Thursday, June 21, 2012, to through and including Thursday, September 6, 2012, pursuant to Title 18 U.S.C. section 3161(h)(7)(A) , 3161(h)(7)(B)(ii) which corresponds to Local Code T-2 (complex) and 3161(h)(7)(B)(iv) which corresponds to Local Code T-4 (attorney preparation time), based upon the facts of this case:

> 1- the case is so unusual or so complex due to the number of defendants, to date being twenty-nine (29); the nature of the prosecution dealing with at least six (6) Title III wire intercepts with the relevant discovery going along with each wire intercept with the potential existence of novel questions of law, and all of the search warrants executed in this case and
>
> 2- with this case taken as a whole based on the amount of discovery forthcoming from the government regarding at least six (6) Title III wire intercepts with the relevant discovery going along with each wire intercept; the reports in the case;  and all of the search warrants that were

executed in this case, counsel needs time necessary for effective preparation taking into account the exercise of due diligence.

Therefore, the Court vacates the status conference presently set for Thursday, June 21, 2012, and resets a status conference in this case for Thursday, September 6, 2012, at 9:00 a.m., in Courtroom 7, on the 14th floor.

FOR ALL THE REASONS STATED HEREIN, THE COURT GRANTS THE AGREEMENT AND STIPULATION OF THE PARTIES.

IT IS SO ORDERED.

Dated: June 19, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE