**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
JASON SIEGFRIED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12–CR-00198—MCE |
| ) | |
| PLAINTIFF, ) | AGREEMENT AND STIPULATION OF |
| ) | THE PARTIES TO CONTINUE THE |
| v. ) | STATUS CONFERENCE TO |
| ) | THURSDAY, MARCH 14, 2013 |
| STEVEN ORTEGA, SR., ) | WITH TIME EXCLUDED UNDER THE |
| et al., ) | SPEEDY TRIAL ACT AND |
| ) | ORDER |
| ) | |
| DEFENDANTS. ) | |
| ) | |
| ) | |
| _____) | |

The parties to this litigation, the United States of America, represented by

Assistant United States Attorney, Michael D. Anderson, and for the defendants:

1- Anne Beles representing Steven Ortega, Sr.; 2- Randy Sue Pollock representing

Steven Ortega, Jr.; 3- Shari Rusk representing Marla Ortega; 4- Dina L. Santos

representing Matt Ortega; 6- Hayes H. Gable, III, representing Anthony Giarrusso;

7- Thomas Johnson representing Jay Dupee; 8- William E. Bonham representing

Brock Enrico; 9- Michael B. Bigelow representing Todd Becerra; 10- Robert M.

Holley representing Steven Adgate; 11- Danny D. Brace, Jr. representing Bryan

Swiers; 12- Clemente M. Jimenez representing Kyle Schmidt; 13- Candace A. Fry

representing Dusty Burge; 14- Gregory W. Fox representing Charles Erickson;

1

15- Olaf W. Hedberg representing Travis Olibas; 16- David D. Fischer representing Jake Westerman; 17- Scott N. Cameron representing Justin McMillian; 18- Christopher R. Cosca representing Shawn Thompson; 19- Carl E. Larson representing Frederick Laurens; 21- Darryl A. Stallworth representing Richard Serrell; 22- Robert J. Saria representing Kevin Kuester; 23- Russell S. Humphrey representing Derek Winters; 24- Clyde M. Blackmon representing Richard Reynolds; 25- Eric D. Shevin representing Nickolas Perry; 26- Scott A. Sugarman representing Joseph Mirante; 27- James A. Bustamante representing Kevin Kirkpatrick; 28- Philip A. Schnayerson representing Reginald Bell; 29- Michael E. Hansen representing Michael Kelly; 30-Michael J. Aye representing Joseph Figlia 31- James J. Clark representing Robert Kennedy; 32- Omar Figueroa representing Nicholas Ojeda and 20- James R. Greiner representing Jason Siegfried, hereby agree and stipulate to the following[1]:

1- By previous order, this matter was set for status on Friday, December 7, 2012, see docket number 331.

2. By this Stipulation, the defendants collectively now move to continue the status conference until Thursday, March 14, 2013 and to exclude time pursuant to the Speedy Trial Act between Friday, December 7, 2012 and Thursday, March 14, 2013, under Local Codes T-2 (complexity)  and T-4 (time for adequate attorney preparation). The government is producing more discovery in the case and does not oppose this request.

3. The parties agree and stipulate to the following and request the Court to find the following:

a. The government has produced discovery to date which consists of 5 (five) discovery CD's labeled Discovery Disk 1, 2, 3 ,4 and 5 and 6 (six) wire tape CD's labeled TT1, TT2, TT3, TT4, TT5 and TT6. The government has also made

---

[1]The government requested that the format presented in this stipulation be used by the parties.

1  available for copying onto an external hard drive the pole camera evidence.

2      b. The government by way of letter dated November 30, 2012, addressed

3  to all defense counsel, is producing the following additional discovery contained on 4

4  (four) CD's: BATES numbers DD-007532 to DD-007570; Bates number DD-7571

5  (reproduction of wiretap -TT#1); Bates number DD-007572 (reproduction of wiretap-

6  TT#2); Bates number DD-007573 (reproduction of wiretaps - TT#3, tt#4, TT#5, and

7  TT#6).

8      c. Counsel for all defendants need additional time, first to obtain the

9  additional discovery made available by letter on November 30, 2012; second counsel

10  for all defendants need additional time to review all of the discovery which includes the

11  additional discovery, review the all the discovery with their respective clients, to

12  conduct investigation into this case, do research, which includes legal research, in this

13  case, and to otherwise do review and investigation, using due diligence, that this

14  complex case requires.

15      d. Counsel for all defendants represents that the failure to grant the above

16  requested continuance would deny counsel for each individual defendant the reasonable

17  time necessary for effective preparation, taking into account the exercise of due

18  diligence.

19      e. The government, based on all of the above, does not object to the

20  continuance.

21      f. Based on the above stated findings, the ends of justice served by

22  continuing the case as requested outweigh the interest of the public and all the

23  defendants in a trial within the original date prescribed by the Speedy Trial Act.

24      g. For the purpose of computing the time under the Speedy Trial Act, Title

25  18 U.S.C. section 3161, et seq., within which trial must commence, the time period

26  from Thursday, September 6, 2012 to Thursday, March 14, 2013, inclusive, is deemed

27  excludable purseant to Title 18 U.S.C. section 3161(h)(7)(A, (B)(ii) and (iv)

28

corresponding to Local Codes T-2 and T-4, because it results from a continuance

granted by the Court at defendants' request on the basis of the Court's finding that the

ends of justice served by taking such action outweigh the best interest of the public and

the defendant in a speedy trial.

    4. Nothing in this stipulation and order shall preclude a finding that other

provisions of the Speedy Trial Act dictate that additional time periods are excludable

from the period within which a trial must commence.

    IT IS SO STIPULATED.

    Each attorney has granted James R. Greiner full authority to sign for each

individual attorney.


Respectfully submitted:

                                BENJAMIN B. WAGNER
                                UNITED STATES ATTORNEY

DATED: 12-3-12                  /s/ Michael D. Anderson
                                _____
                                Michael D. Anderson
                                ASSISTANT UNITED STATES ATTORNEY
                                ATTORNEY FOR THE PLAINTIFF

DATED: 12-3-12
                                /s/ Anne Beles
                                _____
                                Anne Beles
                                Attorney for Defendant
                                1- Steven Ortega, Sr.

DATED: 12-3-12                  /s/ Randy Sue Pollock
                                _____
                                Randy Sue Pollock
                                Attorney for Defendant
                                2- Steven Ortega, Jr.

DATED: 12-3-12                  /s/  Shari Rusk
                                _____
                                Shari Rusk
                                Attorney for Defendant
                                3-  Marla Ortega

4

1    DATED: 12-3-12                    /s/ Dina L. Santos
2                                      _____
                                       Dina L. Santos
                                       Attorney for Defendant
3                                      4- Matt Ortega

4    DATED: 12-3-12                    /s/ Hayes H. Gable, III
5                                      _____
                                       Hayes H. Gable, III
                                       Attorney for Defendant
6                                      6- Anthony Giarrusso

7    DATED: 12-3-12                    /s/ Thomas Johnson
8                                      _____
                                       Thomas Johnson
                                       Attorney for Defendant
9                                      7- Jay Dupee

10   DATED: 12-3-12                    /s/ William E. Bonham
11                                     _____
                                       William E. Bonham
                                       Attorney for Defendant
12                                     8- Brock Enrico

13   DATED: 12-3-12                    /s/ Michael B. Bigelow
14                                     _____
                                       Michael B. Bigelow
                                       Attorney for Defendant
15                                     9- Todd Becerra

16   DATED: 12-3-12                    /s/ Robert M. Holley
17                                     _____
                                       Robert M. Holley
                                       Attorney for Defendant
18                                     10- Steven Adgate

19   DATED: 12-3-12                    /s/ Danny D. Brace, Jr.
20                                     _____
                                       Danny D. Brace, Jr.
                                       Attorney for Defendant
21                                     11- Bryan Swiers

22   DATED: 12-3-12                    /s/ Clemente M. Jimenez
23                                     _____
                                       Clemente M. Jimenez
                                       Attorney for Defendant
24                                     12- Kyle Schmidt

25
26
27
28                                              5

1  DATED: 12-3-12                    /s/ Candace A. Fry

2                                    _____
                                     Candace A. Fry
3                                    Attorney for Defendant
                                     13- Dusty Burge

4  DATED: 12-3-12                    /s/ Gregory W. Fox

5                                    _____
                                     Gregory W. Fox
6                                    Attorney for Defendant
                                     14- Charles Erickson

7
   DATED: 12-3-12                    /s/ Olaf W. Hedberg
8
                                     _____
9                                    Olaf W. Hedberg
                                     Attorney for Defendant
10                                   15- Travis Olibas

11 DATED: 12-3-12                    /s/ David D. Fischer

12                                   _____
                                     David D. Fischer
13                                   Attorney for Defendant
                                     16- Jake Westerman

14
   DATED: 12-3-12                    /s/ Scott N. Cameron
15
                                     _____
16                                   Scott N. Cameron
                                     Attorney for Defendant
17                                   17-Justin McMillian

18 DATED: 12-3-12                    /s/ Christopher R. Cosca

19                                   _____
                                     Christopher R. Cosca
20                                   Attorney for Defendant
                                     18- Shawn Thompson

21
   DATED: 12-3-12                    /s/ Carl E. Larson
22
                                     _____
23                                   Carl E. Larson
                                     Attorney for Defendant
24                                   19- Frederick Laurens

25

26

27

28
                                        6

1   DATED: 12-3-12                    /s/ Darryl A. Stallworth

2                                     _____
                                      Darryl A. Stallworth
3                                     Attorney for Defendant
                                      21-  Richard Serrell

4   DATED: 12-3-12                    /s/ Robert J. Saria

5                                     _____
                                      Robert J. Saria
6                                     Attorney for Defendant
                                      22- Kevin Kuester

7   DATED: 12-3-12                    /s/ Russell S. Humphrey

8                                     _____
                                      Russell S. Humphrey
9                                     Attorney for Defendant
                                      23-Derek Winters

10  DATED: 12-3-12                    /s/ Clyde M. Blackmon

11                                    _____
                                      Clyde M. Blackmon
12                                    Attorney for Defendant
                                      24- Richard Reynolds

13  DATED: 12-3-12                    /s/ Eric D. Shevin

14                                    _____
                                      Eric D. Shevin
15                                    Attorney for Defendant
                                      25- Nickolas Perry

16
    DATED: 12-3-12                    /s/ Scott A. Sugarman
17                                    _____
                                      Scott A. Sugarman
18                                    Attorney for Defendant
                                      26- Joseph Mirante
19
    DATED: 12-3-12                    /s/ James A. Bustamante
20                                    _____
                                      James A. Bustamante
21                                    Attorney for Defendant
                                      27- Kevin Kirkpatrick
22
    DATED: 12-3-12                    /s/  Philip A. Schnayerson
23                                    _____
                                      Philip A. Schnayerson
24                                    Attorney for Defendant
                                      28- Reginald Bell
25

26

27

28
                                      7

1  DATED: 12-3-12                    /s/  Michael E. Hansen

2                                    _____
                                     Michael E. Hansen
3                                    Attorney for Defendant
                                     29-Michael Kelly

4  DATED: 12-3-12                    /s/ Michael J. Aye

5                                    _____
                                     Michael J. Aye
6                                    Attorney for Defendant
                                     30- Joseph Figlia

7  DATED: 12-3-12                    /s/ James J. Clark

8                                    _____
                                     James J. Clark
9                                    Attorney for Defendant
                                     31- Robert Kennedy

10 DATED: 12-3-12                    /s/ Omar Figueroa

11                                   _____
                                     Omar Figueroa
12                                   Attorney for Defendant
                                     32- Nicholas Ojeda

13 DATED: 12-3-12                    /s/ James R. Greiner

14                                   _____
                                     James R. Greiner
15                                   Attorney for Defendant
                                     20- Jason Siegfried

16

17                                  **ORDER**

18        IT IS SO FOUND AND ORDERED.  The status conference in this matter is

19 continued until March 14, 2013, at 9 a.m.  The time period between December 7, 2012

20 and March 14, 2013 is excluded under Local Codes T-2 and T-4.

21

22       Dated:  December 6, 2012

23

24                                   _____
                                     MORRISON C. ENGLAND, JR.
25                                   UNITED STATES DISTRICT JUDGE

26

27

28
                                        8