HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 354
Sacramento, CA 95814
Telephone: (916) 446-3331
hhgable@pacbell.net

Attorney for Defendant
ANTHONY GIARRUSSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANTHONY GIARRUSSO,<br><br>    Defendant. | No. 2:12-cr-00198-MCE<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

On May 22, 2012, the defendant, Anthony Giarrusso, was ordered released pending trial on special conditions which included electronic monitoring. Given the defendant's exemplary performance on pretrial release, the parties now enter into the following stipulation:

Plaintiff, United States of America, by and through its counsel, Asst. U.S. Attorney Michael D. Anderson, and defendant, Anthony Giarrusso, by and through his counsel, Hayes H. Gable, III, agree and stipulate that the terms and conditions of defendant's pretrial release be modified as follows:

    1.    Special Conditions of Release nos. 13 and 14 are deleted.   The defendant is removed from the home confinement program (including home incarceration, home detention, and curfew components).

This modification has been approved by Supervisory Pretrial Services Officer Beth Wetteland.

All other conditions of the pretrial release order are to remain in full force and effect.

IT IS SO STIPULATED.

Dated: December 19, 2012

      /s/ Michael D. Anderson
MICHAEL D. ANDERSON
Asst. U.S. Attorney

Dated: December 19, 2012

      /s/Hayes H. Gable, III
HAYES H. GABLE, III
Attorney for Defendant
Anthony Giarrusso

IT IS SO ORDERED.

Dated: December 19, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE