JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
JASON SIEGFRIED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.NO.S-12-198--MCE |
| | ) | |
| PLAINTIFF, | ) | STIPULATION BETWEEN THE PARTIES TO |
| | ) | CONTINUE THE STATUS CONFERENCE TO |
| v. | ) | THURSDAY,  APRIL 30, 2015 WITH |
| | ) | EXCLUSION OF TIME FROM THE SPEEDY |
| STEVEN ORTEGA, et al., | ) | TRIAL ACT AND ORDER |
| | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |
| _____ | ) | |

The parties to this litigation, the United States of America, represented by

Assistant United States Attorney, Michael D. Anderson, and for the defendants[1]:

_____

[1] All defendants except Shawn Thompson who pled guilty on January 9,
2014 (See docket entry # 418) and Joseph Figlia who pled guilty on Thursday,
April 10, 2014 (See docket entry # 435)and Joseph Mirante who was dismissed
by the government by Order of the Court on October 27, 2014 (See docket entry
# 484) and defendant Marcus Williams, the Court granted the motion brought by

1- Benjamin D. Galloway representing Steven Ortega, Sr.; 2- Randy Sue Pollock representing Steven Ortega, Jr.; 3- Shari Rusk representing Marla Ortega; 4- Dina L. Santos representing Matt Ortega; 6- Hayes H. Gable, III, representing Anthony Giarrusso; 7- Thomas Johnson  representing Jay Dupee; 8- William E. Bonham representing Brock Enrico;10- William J. Portanova representing Steven Adgate; 11- Danny D. Brace, Jr. representing Bryan Swiers; 12- Clemente M. Jimenez representing Kyle Schmidt; 13- Candace A. Fry representing Dusty Burge; 14- Gregory W. Fox representing Charles Erickson; 15- Olaf W. Hedberg representing Travis Olibas; 16- David D. Fischer representing Jake Westerman; 17- Scott N. Cameron representing Justin McMillian; 19- Carl E. Larson representing Frederick Laurens; 21- Darryl A. Stallworth representing Richard Serrell; 22- Robert J. Saria representing Kevin Kuester; 23- Russell S. Humphrey representing Derek Winters; 24- Clyde M. Blackmon representing Richard Reynolds; 25- Michael Jason Lawley representing Nickolas Perry; 27- James A. Bustamante representing Kevin Kirkpatrick; 28- Philip A. Schnayerson representing Reginald Bell; 29- Michael E. Hansen representing Michael Kelly; 31- James J. Clark representing Robert Kennedy; 32- Omar Figueroa representing Nicholas Ojeda and 20- James R. Greiner representing Jason Siegfried, hereby agree and stipulate to the  following[2]:

1- By previous order, this matter was set for status on Thursday, December 11, 2014, see docket number 478.

Mr. Williams' prior attorney Mr. Tim Pori and relieved Mr. Pori from further representing defendant Mr. Williams, as of this date no new attorney had been appointed to represent defendant Mr. Williams,  are not included in this agreement and stipulation

[2] The government requested that the format presented in this stipulation be used by the parties.

Stipulation to Continue Status Conference to Thursday, April 30, 2015 -

2. By this Stipulation, the defendants collectively[3] now move to continue the status conference until Thursday, April 30, 2015 and to exclude time pursuant to the Speedy Trial Act between Thursday, December 11, 2014 and Thursday, April 30, 2015, under Local Codes T-2 (complexity)  and T-4 (time for adequate attorney preparation). The government has produced voluminous amounts of discovery, including, but not limited to, 6 CD's of wire taps and the potential for defense counsel to obtain on a 3 TB external hard drive video tape surveillance in this case and the government does not oppose this request. In addition, three co-defendants have now pled guilty, Todd Becerra (June 26, 2014, Docket # 460), Joseph Figlia  (April 10, 2014, see docket entry # 435 and Shawn Thompson (January 9, 2014, see docket entry # 418), and one defendant has been dismissed by the government and this Court's Order, Joseph Mirante (October 27, 2014, see docket entry # 484) which requires all defense counsel to re-examine the discovery provided by the government in light of the two previous co-defendants pleading guilty and discuss this with their respective clients.

3. The parties[4] agree and stipulate to the following and request the Court to find the following:

a. The government has produced discovery to date which consists of 5 (five) discovery CD's labeled Discovery Disk 1, 2, 3 ,4 and 5 and 6 (six) wire tape CD's labeled TT1, TT2, TT3, TT4, TT5 and TT6. The government has also made available for copying onto an external hard drive the pole camera evidence which defense counsel can obtain for reviewing with their respective clients. The government

---

[3] Except defendants Thompson, Becerra, Figlia, Mirante and Williams.
[4] Except defendants Thompson, Becerra, Figlia, Mirante and Williams.

Stipulation to Continue Status Conference to Thursday, April 30, 2015 -

1

2

requested defense counsel to supply an external hard drive with 3 TB of capacity to

accommodate the enormous volume of video tape recordings.

3

4

b. The government by way of letter dated November 30, 2012,

addressed to all defense counsel, produced the following additional discovery contained

5

6

on 4 (four) CD's: BATES numbers DD-007532 to DD-007570; Bates number DD-7571

7

(reproduction of wiretap -TT#1); Bates number DD-007572 (reproduction of wiretap-

8

9

TT#2); Bates number DD-007573 (reproduction of wiretaps - TT#3, tt#4, TT#5, and

TT#6).

10

11

c. Counsel for all defendants[5] need additional time, to review all of

12

the discovery as listed herein, review the all the discovery with their respective clients,

13

14

to conduct investigation into this case, do research, which includes legal research, in

this case, and to otherwise do review and investigation, using due diligence, that this

15

16

complex case requires. Also, three previous co-defendant's have pled guilty, Todd

17

Becerra (June 26, 2014, Docket # 460),  Shawn Thompson (January 9, 2014, see

18

19

docket entry # 418)  and Joseph Figlia (April 10, 2014, see docket entry # 435), and one

defendant has been dismissed by the government pursuant to this Court's Order,

20

21

defendant Joseph Mirante  (October 27, 2014, see docket entry 484) which requires all

22

defense counsel to examine and re-examine the discovery provided by the government

23

in light of the three previous co-defendants pleading guilty and discuss this with their

24

respective clients.

25

26

27

28

---

[5] Except defendants Thompson, Becerra, Figlia, Mirante and Williams.

Stipulation to Continue Status Conference to Thursday, April 30, 2015 -

d. Counsel for all defendants[6] need additional time to discuss with their respective clients the legal implications and potential ramifications of defendants Becerra, Thompson and Figlia pleading guilty in this case and the government dismissing pursuant to this Court's Order defendant Mirante.

e. Counsel for all defendants[7] represent that the failure to grant the above requested continuance would deny counsel for each individual defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f. The government, based on all of the above, does not object to the continuance.

g. Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and all the defendants in a trial within the original date prescribed by the Speedy Trial Act.

h. For the purpose of computing the time under the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., within which trial must commence, the time period from Thursday, December 11, 2014  to Thursday, April 30, 2015, inclusive, is deemed excludable  pursuant to Title 18 U.S.C. section 3161(h)(7)(A, (B)(ii) and (iv) corresponding to Local Codes T-2 and T-4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and all of the defendants in a speedy trial.

---

[6] Except defendants Thompson, Becerra, Figlia, Mirante and Williams.
[7] Except defendants Thompson, Becerra, Figlia, Mirante and Williams.
Stipulation to Continue Status Conference to Thursday, April 30, 2015 -

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Each attorney has granted James R. Greiner full authority to sign for each individual attorney.

Respectfully submitted:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 12-9-14      /s/ Michael D. Anderson
                    /s/ Olusere Olowoyeye
                    _____
                    Michael D. Anderson
                    Olusere Olowoyeye
                    ASSISTANT UNITED STATES ATTORNEYS
                    ATTORNEY FOR THE PLAINTIFF

DATED: 12-9-14
                    /s/ Benjamin D. Galloway
                    _____
                    Benjamin D. Galloway
                    Attorney for Defendant
                    1- Steven Ortega, Sr.

DATED: 12-9-14      /s/ Randy Sue Pollock
                    _____
                    Randy Sue Pollock
                    Attorney for Defendant
                    2- Steven Ortega, Jr.

DATED: 12-9-14      /s/  Shari Rusk
                    _____
                    Shari Rusk
                    Attorney for Defendant
                    3-  Marla Ortega

DATED:  12-9-14          /s/ Dina L. Santos
                         _____
                         Dina L. Santos
                         Attorney for Defendant
                         4- Matt Ortega

DATED:  12-9-14          /s/ Hayes H. Gable, III
                         _____
                         Hayes H. Gable, III
                         Attorney for Defendant
                         6- Anthony Giarrusso

DATED:  12-9-14          /s/ Thomas Johnson
                         _____
                         Thomas Johnson
                         Attorney for Defendant
                         7- Jay Dupee

DATED:  12-9-14          /s/ William E. Bonham
                         _____
                         William E. Bonham
                         Attorney for Defendant
                         8- Brock Enrico

DATED:  12-9-14          /s/ William J. Portanova
                         _____
                         William J. Portanova
                         Attorney for Defendant
                         10- Steven Adgate

DATED:  12-9-14          /s/ Danny D. Brace,  Jr.
                         _____
                         Danny D. Brace, Jr.
                         Attorney for Defendant
                         11- Bryan Swiers

DATED:  12-9-14          /s/ Clemente M. Jimenez
                         _____
                         Clemente M. Jimenez
                         Attorney for Defendant
                         12- Kyle Schmidt

DATED: 12-9-14          /s/ Candace A. Fry

                        _____
                        Candace A. Fry
                        Attorney for Defendant
                        13- Dusty Burge

DATED: 12-9-14          /s/ Gregory W. Fox

                        _____
                        Gregory W. Fox
                        Attorney for Defendant
                        14- Charles Erickson

DATED: 12-9-14          /s/ Olaf W. Hedberg

                        _____
                        Olaf W. Hedberg
                        Attorney for Defendant
                        15- Travis Olibas

DATED: 12-9-14          /s/ David D. Fischer

                        _____
                        David D. Fischer
                        Attorney for Defendant
                        16- Jake Westerman

DATED: 12-9-14          /s/ Scott N. Cameron

                        _____
                        Scott N. Cameron
                        Attorney for Defendant
                        17-Justin McMillian

DATED: 12-9-14          /s/ Carl E. Larson

                        _____
                        Carl E. Larson
                        Attorney for Defendant
                        19- Frederick Laurens

DATED: 12-9-14          /s/ Darryl A. Stallworth

                        _____
                        Darryl A. Stallworth
                        Attorney for Defendant
                        21-  Richard Serrell

DATED:  12-9-14          /s/ Robert J. Saria
                        _____
                        Robert J. Saria
                        Attorney for Defendant
                        22- Kevin Kuester

DATED:  12-9-14          /s/ Russell S. Humphrey
                        _____
                        Russell S. Humphrey
                        Attorney for Defendant
                        23-Derek Winters

DATED:  12-9-14          /s/ Clyde M. Blackmon
                        _____
                        Clyde M. Blackmon
                        Attorney for Defendant
                        24- Richard Reynolds

DATED:  12-9-14          /s/ Michael Jason Lawley
                        _____
                        Michael Jason Lawley
                        Attorney for Defendant
                        25- Nickolas Perry

DATED:  12-9-14          /s/ James A. Bustamante
                        _____
                        James A. Bustamante
                        Attorney for Defendant
                        27- Kevin Kirkpatrick

DATED:  12-9-14          /s/  Philip A. Schnayerson
                        _____
                        Philip A. Schnayerson
                        Attorney for Defendant
                        28- Reginald Bell

DATED:  12-9-14          /s/  Michael E. Hansen
                        _____
                        Michael E. Hansen
                        Attorney for Defendant
                        29-Michael Kelly

DATED:  12-9-14          /s/ James J. Clark
                         _____

                         James J. Clark
                         Attorney for Defendant
                         31- Robert Kennedy

DATED:  12-9-14          /s/ Omar Figueroa
                         _____

                         Omar Figueroa
                         Attorney for Defendant
                         32- Nicholas Ojeda

DATED:  12-9-14          /s/ James R. Greiner
                         _____

                         James R. Greiner
                         Attorney for Defendant
                         20- Jason Siegfried

# ORDER

IT IS SO FOUND AND ORDERED.

Dated:  January 28, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT