PHILLIP A. TALBERT
United States Attorney
RICHARD BENDER
ROGER YANG
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY GIARRUSSO,<br><br>    Defendant. | 2:12-CR-00198-MCE<br><br>FINAL ORDER OF FORFEITURE |

   WHEREAS, on April 28, 2016, this Court entered an *Amended* Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Anthony Giarrusso forfeiting to the United States the following property:

   a.   $12,000.00 in U.S. Currency in lieu of 2008 Ford F-350 Crew Cab Truck, VIN: 1FTWW31R88EA64972, California License Number: 8N24680.

   AND WHEREAS, beginning on February 12, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

   AND WHEREAS, no third party has filed a claim to the subject property and the time for

any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed asset, pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Anthony Giarrusso.

2. All right, title, and interest in the above-listed assets shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  December 2, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE